IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JASON GATEWOOD,

      **Plaintiff,**

      **vs.**

BAINBRIDGE MEDIA, LLC and
CARPENTER MEDIA GROUP, LLC,

      **Defendants**

Civil Action No. 7:26-cv-00058-WLS

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of Plaintiff Gatewood's claims against Defendants Bainbridge Media and Carpenter Media Group with prejudice. The Parties will bear their own costs.

Dated: June 26, 2026

| | |
|---|---|
| CALDWELL BRIDGERS & BENJAMIN, LLC | HUDSON LAMBERT PARROTT, LLC |
| | *s/ Cory L. Takeuchi* |
| *s/ Matthew W. Herrington* | Cory L. Takeuchi |
| Matthew W. Herrington | Georgia Bar No. 424678 |
| Georgia Bar No. 275411 | |
| | 3575 Piedmont Road |
| 1425-A Dutch Valley Place NE | Building 15, Suite 200 |
| Atlanta, GA 30324 | Atlanta, Georgia 30305 |
| (404) 979-3150 | Telephone: 404-554-8181 |
| (404) 979-3170 (facsimile) | Facsimile: 404-554-8171 |
| matthew.herrington@dcbflegal.com | ctakeuchi@hlpwlaw.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing document in the Court's CM/ECF

system, thereby ensuring electronic service on all counsel of record.

Dated: June 26, 2026

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

SO ORDERED this 29th day
of June, 2026.

W. Louis Sands, Sr. Judge
United States District Court

2