IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JASON GATEWOOD,                                   *

               Plaintiff,                     *

v.                                                  Case No. 7:26-cv-58 (WLS)

                             *

BAINBRIDGE MEDIA, LLC, et al.,

                             *

               Defendants.

_____      *

## J U D G M E N T

Pursuant to this Court's Order dated June 29, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 30th day of June, 2026.

                       David W. Bunt, Clerk


                       s/ Katie Logsdon, Deputy Clerk